IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| BILLY HUFFSTUTLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil No.  16-cv-498-JPG-CJP |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**<u>MEMORANDUM and ORDER</u>**

**GILBERT, District Judge:**

This matter is now before the Court on the parties' Joint Stipulation to Remand to the Commissioner (Doc. 29).

The parties agree that this case should be remanded to the agency for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  A sentence four remand (as opposed to a sentence six remand) depends upon a finding of error, and is itself a final, appealable order. *See Melkonyan v. Sullivan*, 501 U.S. 89 (1991); *Perlman v. Swiss Bank Corp. Comprehensive Disability Protection Plan*, 195 F.3d 975, 978 (7th Cir. 1999).  Upon a sentence four remand, judgment should be entered in favor of plaintiff.  *Schaefer v. Shalala*, 509 U.S. 292, 302-03 (1993).

The parties agree that, on remand, the Appeals Council will vacate all findings in the Administrative Law Judge's decision regarding the adjudicated period.  The Commissioner will conduct further proceedings and develop the administrative record as necessary to determine whether plaintiff is disabled within the meaning of the Social Security Act.  The Commissioner will also render a new decision.

For good cause shown, the parties' Joint Stipulation to Remand (Doc. 29) is **GRANTED**.

The final decision of the Commissioner of Social Security denying Billy Huffstutler's application for social security benefits is **REVERSED and REMANDED** to the Commissioner for rehearing and reconsideration of the evidence, pursuant to **four** of 42 U.S.C. § 405(g).

The Clerk of Court is **DIRECTED** to enter judgment in favor of plaintiff.

**IT IS SO ORDERED.**

**DATED: December 2, 2016**

s/ J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**